In the Matter of MARIE RAMUNDO, Respondent, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Appellants.

Submitted May 17, 1943; decided May 27, 1943.

*Max A. Gulack* for motion.

*Robert H. Schaffer, Acting Corporation Counsel (Paxton Blair* of counsel), opposed.

Motion dismissed, with costs and ten dollars costs of motion, on the ground that an appeal would lie as of right if taken within the statutory time.